# Court of Appeals
# of the State of Georgia

ATLANTA, January 09, 2023

*The Court of Appeals hereby passes the following order:*

## A22A1195. STEPHANIE BROCKINGTON v. AMINATA BEALE.

Aminata Beale brought this dispossessory action in magistrate court against her tenant, Stephanie Brockington. The magistrate court entered judgment in favor of Beale, and Brockington appealed to the superior court. After the superior court also granted judgment in favor of Beale, Brockington filed this direct appeal. We, however, lack jurisdiction.

"[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Thus, Brockington's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 01/09/2023

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.